■ LILLIAN A. PACE, Respondent, v MICHAEL PACE, Appellant. — In an action for divorce, the defendant husband appeals from (1) a judgment of the Supreme Court, Putnam County (Beisheim, J.), entered June 21, 1979, which granted the plaintiff wife a divorce and related relief, and (2) an order of the same court, dated December 18, 1979, which, *inter alia,* found him to be in contempt of the afore-said judgment. Judgment affirmed, without costs or disbursements. No opinion. Order modified, on the law, by deleting paragraph (a) of the third decretal paragraph, which is based upon an order dated July 17, 1979, and by reducing the total sums in the third and fifth decretal paragraphs by $8,437.50. As so modified, order affirmed, without costs or disbursements. Defendant's time to purge his contempt is extended until 15 days after service upon him of a copy of the order to be made hereon, with notice of entry. The provision deleted from the order of contempt was based upon a counsel fee awarded subsequent to the June 21, 1979 judgment, of which defendant was found to be in contempt. Accordingly, payment of that amount cannot be a condition which must be met for the defendant to purge himself of his contempt with respect to the judgment. Titone, J.P., Lazer, Weinstein and Thompson, JJ., concur.

■ FRANK PERSON, Appellant, v NOYA CAB CORP. et al., Respondents. — In a personal injury action, the plaintiff appeals from an order of the Supreme Court, Kings County (Rader, J.), dated October 9, 1980, which denied his motion to increase the *ad damnum* clause from $100,000 to $500,000. Order reversed, with $50 costs and disbursements, and motion granted. The defendants, if so advised, may conduct a physical examination of the plaintiff solely with respect to the physical conditions alleged in the plaintiff's motion papers. Defendants' time to notice such examination is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry thereof. Plaintiff shall submit an updated medical report within 20 days after service upon him of a copy of the order to be made hereon, with notice of entry thereof. No showing of prejudice to the defendants by increasing the *ad damnum* clause appears, and in the exercise of our discretion the motion should be granted. Hopkins, J.P., Mangano, Rabin and Weinstein, JJ., concur.